# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0707

_____

DARREL HARVEY,

Petitioner,

v.

STATE OF FLORIDA, MARK S.
INCH, Secretary, Florida
Department of Corrections,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 29, 2019


PER CURIAM.

To the extent the petition for writ of habeas corpus challenges Petitioner's conviction that is on appeal in case number 1D18-2729, the petition is dismissed as unauthorized. To the extent the petition seeks review of an administrative decision of the Department of Corrections, the petition is dismissed without prejudice to seek review in the circuit court.

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Darrell Harvey, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee; Kenneth S. Steely,
General Counsel, Department of Corrections, Tallahassee, for
Respondents.